People of the State of Illinois, Plaintiff-Appellee, v. Ronald Tucker, Defendant-Appellant.

Gen. No. 49,907. ▮▮▮▮▮▮▮▮▮▮

First District, Second Division.

December 28, 1966.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Steven P. Davis, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. James Gildea, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.